**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

ALAN A. COOKE, *et al.*,

    Plaintiffs,

v.

CHIEF MURL HARPUM, *et al.*

    Defendants.

No. C 08-00016 SBA

**ORDER**

*Pro per* plaintiff Alan A. Cooke, for himself only, filed a Motion for Ruling on Application to Proceed *in Forma Pauperis* [Docket No. not assigned yet], on April 25, 2008. The Court having ruled on Mr. Cooke's Motion/Application for Leave to Proceed in Forma Pauperis [Docket No. 2] on April 23, 2008, the motion is DENIED as moot.

IT IS SO ORDERED.

April 29, 2008

                              Saundra Brown Armstrong
                              United States District Judge

1  UNITED STATES DISTRICT COURT
2  FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA
4
5
6  COOKE et al,                                    Case Number: CV08-00016 SBA
7           Plaintiff,                             **CERTIFICATE OF SERVICE**
8     v.
9  HARPUM et al,
10          Defendant.
                                              /
11
12 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.
13
   That on April 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.
14
15
16
17
18
   Alan A. Cooke
19 c/o Kim Starr
   P.O. Box 5692
20 Eureka, CA 95502
21
22 Dated: April 29, 2008
                                              Richard W. Wieking, Clerk
23                                            By: LISA R CLARK, Deputy Clerk
24
25
26
27
28

2