Nancy K. Delaney, SBN 70617
Nicholas R. Kloeppel, SBN 186165
MITCHELL, BRISSO, DELANEY & VRIEZE
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants
CITY OF EUREKA, THE
COUNTY OF HUMBOLDT, and
THE DISTRICT ATTORNEY OF
HUMBOLDT COUNTY, PAUL
GALLEGOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of ZACHARY CRUZ COOKE, ALAN ANTHONY COOKE, TERRI LYNN OMHOLT and GAGE TYLER COOKE,<br><br>          Plaintiffs,<br><br>vs.<br><br>CHIEF MURL HARPUM, OFFICER TERENCE LILES, OFFICER WATSON, DET. KIRKPATRICK, ATF AGENT MEDLIN, ATF SUPERVISOR ANGLIN, THE CITY OF EUREKA, THE EUREKA POLICE DEPARTMENT, THE COUNTY OF HUMBOLDT, THE DISTRICT ATTORNEY OF HUMBOLDT COUNTY, PAUL GALLEGOS, THE HUMBOLDT COUNTY SHERIFFS OFFICE, DA INV. JIM DAWSON, AND VARIOUS DOE DEFENDANTS, 1 – X, inclusive,<br><br>          Defendants. | CASE NO.: CV-08-0016-CW<br>**AMENDED ORDER GRANTING APPLICATION TO EXTEND TIME TO FILE INITIAL PLEADING**<br><br>**[Civ. LR 6-3]** |

## **ORDER**

The Court, having reviewed and considered the Application and attendant documents, including the Notice, Memorandum of Points and Authorities and the

1  Declaration of Nicholas R. Kloeppel, and good cause appearing therefore, hereby orders
2  that the time for defendants CHIEF MURL HARPHAM, OFFICER TERENCE LILES,
3  OFFICER WATSON, DET. KIRKPATRICK, THE CITY OF EUREKA, THE EUREKA
4  POLICE DEPARTMENT, THE COUNTY OF HUMBOLDT, THE DISTRICT
5  ATTORNEY OF HUMBOLDT COUNTY, PAUL GALLEGOS, THE HUMBOLDT
6  COUNTY SHERIFFS OFFICE and DA INV. JIM DAWSON to file their initial pleading
7  is extended until the same time ATF AGENT MEDLIN and ATF SUPERVISOR
8  ANGLIN are required to file their initial pleading.
9      IT IS SO ORDERED.  **The initial pleading is due no later than November 10,**
10 **2008.**

      10/7/08
     ~~11/10/08~~

Dated: _____     _____
                                      Honorable Claudia Wilken
                                      Judge of the United States District Court
                                      for the Northern District of California

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2
**ORDER GRANTING APPLICATION TO EXTEND TIME TO FILE INITIAL PLEADING**

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

COOKE et al,

       Plaintiff,

v.

HARPUM et al,

       Defendant.
_____/

Case Number: CV08-00016 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alan A. Cooke

c/o Kim Starr

P.O. Box 5692

Eureka, CA 95502

Dated: 10/7/08October 7, 2008

                                Richard W. Wieking, Clerk

                                                            By:
Sheilah Cahill, Deputy Clerk

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

3

**ORDER GRANTING APPLICATION TO EXTEND TIME TO FILE INITIAL PLEADING**