**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

ALAN A. COOKE, *et al.*,

    Plaintiffs,

 v.

CHIEF MURL HARPUM, *et al.*

    Defendants.

No. C 08-00016 SBA

**ORDER**

[Docket No. 15]

The Order of Reference to a Magistrate Judge [Docket No. 15] was issued in error and is VACATED. The Court requests REASSIGNMENT of this matter to Judge Saundra B. Armstrong from Judge Claudia Wilken.

IT IS SO ORDERED.

October 9, 2008

                                    Saundra Brown Armstrong
                                    United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOKE et al, | Case Number: CV08-00016 CW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| HARPUM et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 9, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alan A. Cooke
c/o Kim Starr
P.O. Box 5692
Eureka, CA 95502

Dated: October 9, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

2